Honorable Richard A. Jones
Honorable Mary Alice Theiler

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Naeim Naeimi and Sara Rahbar Farzami Hagh,<br><br>  Plaintiffs,<br>  v.<br><br>MICHAEL R. POMPEO, Secretary of State, United States Department of State;<br><br>ROBERT W. THOMAS, Consul General, U.S. Consulate General in Montreal, Canada,<br><br>  Defendants. | NO. C20-0989-RAJ-MAT<br><br>STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINES<br><br>**Noted for August 25, 2020** |

**Stipulation**

The parties have conferred and stipulate and agree as follows. In light of ongoing adjudication of Plaintiffs' application, the results of which may render these proceedings moot or at least have a relevant impact upon these proceedings, the parties jointly request a 30-day extension of all initial scheduling deadlines, Dkt No. 11, and the deadline for filing of

STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINES- 1
No. C20-0989-RAJ-MAT

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Defendants' Response to the Petition, presently due on September 4, 2020. The current and proposed deadlines are as follows:

| Deadline | Current Date | Proposed Date |
|---|---|---|
| FRCP 26(f) Conference | August 24, 2020 | September 23, 2020 |
| Response to Petition | September 4, 2020 | October 4, 2020 |
| Initial Disclosures | September 8, 2020 | October 8, 2020 |
| Joint Status Report and Discovery Plan | September 14, 2020 | December 31, 2020 |

Respectfully submitted and presented this 25th day of August, 2020.

| | |
|---|---|
| /s/ Minda A. Thorward<br>Minda A. Thorward, WSBA# 47594<br>THORWARD IMMIGRATION LAW, PLLC<br>5600 C Rainier Ave S., Ste 208<br>Seattle , WA  98118<br>Phone: 206-607-7976<br>Email:Thorwardlaw@gmail.Com<br><br>/s/ Shawn S. Sedaghat<br>Shawn S. Sedaghat, CA Bar #188763<br>Shawn S. Sedaghat ALC<br>14011 Ventura Blvd<br>East Bldg Ste 400<br>Sherman Oaks , CA  91423<br>Phone: 818-382-3333<br>Email:Sedaghatlaw@yahoo.com<br><br>*Attorneys for Plaintiffs* | BRIAN T. MORAN<br>United States Attorney<br><br>/s/ Patricia D. Gugin<br>PATRICIA D. GUGIN, WSBA #43458<br>Assistant United States Attorney<br>United States Attorney's Office<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  253-428-3832<br>Fax:     253-428-3826<br>E-mail:  pat.gugin@usdoj.gov<br><br>*Attorneys for Defendants* |

STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINES- 2
No. C20-0989-RAJ-MAT

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

**IT IS SO ORDERED**.

Dated this 25th day of August, 2020.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

*/s/ Minda A. Thorward*
Minda A. Thorward, WSBA# 47594
THORWARD IMMIGRATION LAW, PLLC
5600 C Rainier Ave S., Ste 208
Seattle , WA  98118
Phone: 206-607-7976
Email:Thorwardlaw@gmail.Com

*/s/ Shawn S. Sedaghat*
Shawn S. Sedaghat, CA Bar #188763
Shawn S. Sedaghat ALC
14011 Ventura Blvd
East Bldg Ste 400
Sherman Oaks , CA  91423
Phone: 818-382-3333
Email:Sedaghatlaw@yahoo.com

*Attorneys for Plaintiffs*

BRIAN T. MORAN
United States Attorney

STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINES- 3
No. C20-0989-RAJ-MAT

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

*/s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA #43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3832
Fax:       253-428-3826
E-mail:  pat.gugin@usdoj.gov

*Attorneys for Defendants*

STIPULATION AND PROPOSED ORDER
TO EXTEND DEADLINES- 4
No. C20-0989-RAJ-MAT

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800